# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**  **CIVIL SECTION**
**CLERK OF COURT**  **404-215-1655**

June 5, 2007

Jay Stephens, Clerk
Superior Court of Cobb County
P.O. Box 3370
Marietta, GA  30061

  **Re:** *J. Michael Gearon, Jr. v. American Tower Corporation, et al.*
    **Your Case Number: 07-1-3072-40**
    **Our Case Number: 1:07-CV-CAP**

Dear Mr. Stephens:

 Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

        Sincerely,

        James N. Hatten
        Clerk of Court


        By: s/Andrea Gee
           Deputy Clerk

Enclosure